DISLINDA GILL, as Administratrix, etc., of ANTHONY GILL, Deceased, Respond‑

ent, v. UNITED AMERICAN LINES, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.  Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.